UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

ALTERNATIVE STAFFING, INC.,

                Plaintiff,

**ORDER OF DISCONTINUANCE**

v.

CV-05-1073 (NGG)

JOSEPHINE CANTONE, et al.,

                Defendants.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 16 2005 ★
BROOKLYN OFFICE

-------------------------------------------------------------------------

GARAUFIS, J.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED.

_____
NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
                May 16, 2005